UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present: Judges Alston, Chafin and Senior Judge Haley


FEDERAL EXPRESS CORPORATION

MEMORANDUM OPINION*

v.    Record No. 1870-15-1

PER CURIAM
APRIL 5, 2016

LASHAWN RODGERS


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Nirav Patel; Franklin & Prokopik, P.C., on brief), for appellant.

(Charlene A. Morring; Montagna Klein Camden, LLP, on brief), for appellee.


Federal Express Corporation ("employer") appeals from an October 30, 2015 opinion of the Workers' Compensation Commission. The Commission affirmed a deputy commissioner's opinion reinstating temporary total disability benefits and awarding Lashawn Rodgers ("claimant") a prescribed hot tub. On appeal, employer contends the Commission erred by (1) "failing to find that the claimant's disability was not related to the November 21, 2006 work accident," (2) finding "that the single person salt-based hot tub is medically necessary and reasonable for the claimant," and (3) "failing to make any credibility determinations regarding the claimant's testimony during the May 18, 2015 evidentiary hearing."

Upon reviewing the record and briefs, we conclude that this appeal is without merit. Accordingly, we summarily affirm the Commission's decision. Rule 5A:27. We affirm for the reasons stated by the Commission in its final opinion. See Rodgers v. Federal Express, JCN VA00000360728 (Oct. 30, 2015). We dispense with oral argument and summarily affirm

_____

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>